3992.mgp

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 20cv1602 |
| VINCENT HUFF and HIRSCHBACH MOTOR LINES, INC., a corporation. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendants VINCENT HUFF ("Huff") and HIRSCHBACH MOTOR LINES, INC. ("Hirschbach"), by their attorneys HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC, pursuant to 28 U.S.C. §§1332, 1441 and 1446, hereby submit their Notice of Removal, and in support thereof, state as follows:

1. On February 3, 2020, plaintiff Larry Smith ("Smith") commenced this action by filing his Complaint at Law and Affidavit Pursuant to Illinois Supreme Court Rule 222 (Exhibit 1 hereto) in the Circuit Court of Cook County, Illinois. In sum, Smith seeks to recover damages based upon his allegations of bodily injuries arising from a motor vehicle accident negligently caused by defendants on March 26, 2019 in Chicago.

2. Defendant Hirschbach was served with process on February 12, 2020 (see Summons; Exhibit 2 hereto). Defendant Huff has not yet been served with process. However, Huff is represented by defense counsel and has expressly consented to this Notice of Removal. See Affidavit of Vincent Huff; Exhibit 3 hereto. Accordingly, this Notice of Removal is timely.

3. Defendants have not filed an appearance or any other responsive pleadings with the Clerk of the Circuit Court of Cook County, Illinois.

4. At all times relevant, defendant Vincent Huff has resided and maintained his domicile in Michigan. Defendant Huff considers himself to be a resident and citizen of, and domiciled in, the State of Michigan. See Exhibit 3 hereto.

5. At all times relevant, defendant Hirschbach has been an Iowa corporation and has maintained its headquarters, principal place of business, and registered agent office in the State of Iowa. See Affidavit of Brian Kohlwes; Exhibit 4 hereto.

6. Because plaintiff Smith's complaint does not allege his individual residence address or domicile, defendants retained a licensed investigator to search and verify this information. Based upon his searches, the investigator has concluded that Smith has resided continuously within Cook County, Illinois since before the March 26, 2019 subject occurrence to the present. Accordingly, defendants submit Smith is a citizen and resident of Illinois and is domiciled in Illinois for purposes of diversity jurisdiction. See Affidavit of Corey Fertel; Exhibit 5 hereto. On information and belief, plaintiff is a law enforcement officer. For this reason, defendants have not included a more specific home address for plaintiff in this Notice of Removal. Defendants can supplement this Notice and provide an affidavit stating a more specific home address under seal or by any other means as directed by the Court.

7. Based on the foregoing, there is complete diversity among the parties and this is an action between citizens of different states.

8. Smith's Complaint contains an open prayer for damages "in a sum in excess of" $50,000 and is supported by a damages Affidavit executed by his attorney pursuant to Illinois S.Ct. Rule 222. This Affidavit states, "the damages sought in this cause exceed the sum of"

$50,000. See Exhibit 1 hereto. S.Ct. Rule 222(b) requires plaintiffs seeking money damages to state via affidavit whether such claimed damages exceed $50,000.

9. In his Complaint (Exhibit 1), Smith alleges he has sustained "severe and permanent injury," incurred extensive medical costs and lost wages, has and will be prevented from attending his usual and customary occupation and affairs of life, and has and will continue to sustain significant pain and suffering and disability. Defendants anticipate that at trial plaintiff will ask jurors to award damages based upon his claimed medical bills and lost wages, plus the individual elements of loss of a normal life experienced and reasonably certain to be experienced in the future and his past and future pain and suffering (see I.P.I. 30.04.01, 30.05, 30.06 and 30.07).

10. Furthermore, on March 3, 2020, lead defense counsel Mark Poulakidas spoke with plaintiff's attorney Jared Duke regarding the nature and extent of plaintiff's alleged injuries and damages. Attorney Duke stated he did not yet have a complete set of claimed medical bills but advised that plaintiff has undergone significant post-accident medical treatment. At trial plaintiff will claim a significant and ongoing wage loss, according to Attorney Duke. Consequently, based upon all available damages information there is a reasonable probability that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. See Affidavit of Attorney Mark G. Poulakidas (Exhibit 6 hereto).

11. Diversity jurisdiction exists and it is requested that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. Copies of this Notice of Removal have been served upon plaintiff's attorneys and the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, defendants VINCENT HUFF and HIRSCHBACH MOTOR LINES,

INC. respectfully request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and enter such other and further relief as this Court deems just.

   DEFENDANTS DEMAND TRIAL BY JURY.

             Respectfully submitted,

             HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC

             /s/Mark G. Poulakidas

Mark G. Poulakidas (mpoulakidas@hskolaw.com) (evieyra@hskolaw.com)
ARDC no. 6230065
HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC
Attorneys for Defendants
200 West Adams Street, Suite 2175
Chicago, Illinois 60606
Tel. 312-332-6644
Fax 312-332-6655